AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) | Case No.  2:20-MJ-116 |
| ANTONIO MARTELL TWIGGS | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 12, 2020  in the county of  LAKE  in the Northern District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | On or about July 12, 2020, Antonio Martell Twiggs, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and the firearm was in and affecting commerce. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI TFO CHRISTOPHER GOOTEE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date:  07/13/2020

/s/Joshua P. Kolar
*Judge's signature*

City and state:  Hammond, Indiana    Joshua Kolar, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT:

Christopher Gootee, being first duly sworn, hereby depose and state as follows:

## BACKGROUND AND PURPOSE

1. I am a sworn law enforcement officer with the Hammond, Indiana Police Department and have been so employed since July 2005. I am currently assigned as a Task Force Officer with the Federal Bureau of Investigation (FBI) Gang Response Investigative Team (GRIT) Task Force. My duties include the investigation of violations of State and Federal law. I have participated in the investigation of violent and gang related crimes, to include drug and firearms trafficking.

2. While assigned to the FBI GRIT Task Force, I have both assisted and led numerous investigations involving narcotics, violent crimes, narcotics distribution, and criminal gang activity. During these types of investigations and because of my duties, I have been involved with confidential surreptitious recordings, electronic tracking devices, pen registers and trap and trace devices, search warrants, and other investigative techniques. Currently in connection with my official duties, I investigate criminal violations of federal narcotics law, including but not limited to Title 18, United States Code Sections, 922 and 924, and violent criminal activity committed by street gangs in Northwest Indiana, and I have investigated violations of the Racketeer

Influenced Corrupt Organizations Act (RICO Act), 18 U.S.C. § 1961 et seq. I have been involved in debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances. I have been involved in investigations of Northwest Indiana street gangs, including review of police reports, surveillance, and debriefing of defendants, witnesses and informants. I am familiar with the investigation of violent crime, including firearms offenses.

3. The information contained in this affidavit is based upon my firsthand knowledge and the information provided by other law enforcement officers and witnesses. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that on July 12, 2020, in the Northern District of Indiana, Antonio Martell Twiggs did knowingly and intentionally possess a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922 (g)(1).

## SUMMARY OF PROBABLE CAUSE

4. On July 12, 2020, at approximately 3:43 a.m., Hammond Police Officers were dispatched to the White Castle restaurant at 6517 Calumet Avenue in Hammond, Lake County, Indiana in reference to a male asleep in the driver's seat of a vehicle in the drive thru line.

5. Hammond Police Officer Albert Hulitt arrived on scene and observed a male, later identified as Antonio Martell Twiggs, asleep in the driver's seat with the window open, vehicle in gear and his foot on the brake. Officer Hulitt saw a firearm in plain view on Twiggs' lap, underneath his hands. Officer Hulitt removed the firearm from Twiggs' lap as Twiggs was still asleep. The firearm was later identified as a Ruger Model EC9s, serial number 457-58734, a semi-automatic pistol. The firearm was loaded with a live round chambered when it was recovered.

6. I conducted a review of Twiggs' criminal history and learned that he has three prior felony convictions:

a) A conviction for Aggravated Unlawful Use of a Weapon, a felony, in the Cook County, Illinois Circuit Court under cause number 2010CR092710 on 6/8/2010. Twiggs was sentenced to two years of probation for this charge.

b) A conviction for Burglary, a class C felony, in the Lake County, Indiana Superior Court under cause number 45G04-1104-FB-000042. Twiggs was sentenced to ten years in the Indiana Department of Correction for this charge.

c) A conviction for Unlawful Possession of a Firearm by a Serious Violent Felon, a level 4 felony, in the Porter County, Indiana Superior Court

under cause number 64D05-1810-F4-009896. Twiggs was sentenced to two years in the Indiana Department of Correction for this conviction.

7. On July 12, 2020, I spoke with a firearms nexus expert from the Bureau of Alcohol, Tobacco and Firearms (ATF) who stated that Ruger firearms are not manufactured in Indiana, and therefore must travel in and affect interstate and/or international commerce to arrive in this state.

## CONCLUSION

8. On the basis of the information contained within this affidavit, I submit that the facts contained herein are sufficient to establish probable cause to believe that on July 12, 2020, in the Northern District of Indiana, Antonio Martell Twiggs did knowingly and intentionally possess a firearm, in violation of Title 18, United States Code, Section 922 (g)(1).

FURTHER AFFIANT SAYETH NOT.

*[signature]*
Christopher Gootee
Task Force Officer
Federal Bureau of Investigation

This affidavit and accompanying warrant have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this 13th day of July, 2020.

/s/Joshua P. Kolar

HONORABLE JOSHUA KOLAR
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF INDIANA